IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0234-CG-C |
| | ) | |
| PIERCE TRANSPORTATION, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on the plaintiff's Motion to Invest Funds in an Interest Bearing Account (Doc. 5). The court will construe the motion to be a motion to deposit funds into the registry of the court.

Upon due consideration, the motion is **GRANTED**, and plaintiff is granted leave to deposit the One Million Dollar ($1,000,000.00) insurance policy limits into the Registry of the Court. The Clerk of Court is directed to place the funds into the Court Registry Interest.

**DONE and ORDERED** this 29th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE