IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 14-0234-CG-C |
| | ) |
| PIERCE TRANSPORTATION, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 7, 2014 is **ADOPTED** as the opinion of this Court.

Accordingly, the motion for dismissal of defendant Progressive Casualty Insurance Company (Doc. 31) is **GRANTED**, and Progressive Casualty Insurance Company is hereby **DISMISSED** from this action **WITH PREJUDICE**.

**DONE and ORDERED** this 30th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE